

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

MARK HALVERSON

v.

TARGET CORPORATION, d/b/a TARGET STORES

Case Number:

**FILED**
KC
JAN 0 8 2008
Jan 8, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08CV132
JUDGE ZAGEL
MAGISTRATE JUDGE VALDEZ

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MARK HALVERSON

| | |
|---|---|
| NAME (Type or print) <br> Lisa Kane | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| FIRM <br> Lisa Kane & Associates, P.C. | |
| STREET ADDRESS <br> 120 South LaSalle Street, Suite 1420 | |
| CITY/STATE/ZIP <br> Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06203093 | TELEPHONE NUMBER <br> 312-606-0383 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |