# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MARK HALVERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 08 CV 132 |
| v. ) | |
| ) | Judge James B. Zagel |
| TARGET CORPORATION, d/b/a ) | Magistrate Judge Maria Valdez |
| TARGET STORES, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S STATEMENT OF CORPORATE AFFILIATIONS

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2, Defendant Target Corporation ("Target") makes the following disclosures:

1. Target is a nongovernmental corporate party.

2. Target has no parent corporation.

3. No publicly held company owns 10% or more of Target's stock.

    Respectfully submitted,
    **TARGET CORPORATION**

    s/Brian D. McCarthy
    Brian D. McCarthy (6237641)

David P. Radelet
Brian D. McCarthy
Franczek Sullivan P.C.
300 S. Wacker, Suite 3400
Chicago, IL  60606
(312) 986-0300

Dated:  February 19, 2008

370099.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of February, 2008, I electronically filed the foregoing DEFENDANT'S STATEMENT OF CORPORATE AFFILIATIONS with the Clerk of the Court using the CM/ECF system, which was served on the attorneys of record listed below:

Lisa Kane<br>
Lisa Kane & Associates, P.C.<br>
120 South LaSalle Street, Suite 1420<br>
Chicago, IL  60603

s/Brian D. McCarthy
Brian D. McCarthy
Franczek Sullivan P.C.
300 South Wacker Drive, Suite 3400
Chicago, IL 60606
bdm@franczek.com

370099.1