IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARK HALVERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 08 C 132 |
| ) | |
| TARGET CORPORATION, d/b/a TARGET ) | Hon. James B. Zagel |
| STORES, ) | Judge Presiding |
| ) | Magistrate Judge Valdez |
| Defendant. ) | |

## REPORT OF PARTIES' PLANNING MEETING

1. Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on February 21, 2008, telephonically, and was attended by:

Janice A. Wegner for Plaintiff

Brian D. McCarthy for Defendant

2. **Pre-Discovery Disclosures.** The parties have exchanged or will exchange by March 6, 2008, the information required by Fed. R. Civ. P. 26(a)(1)(A).

3. **Discovery Plan.** The parties jointly propose to the court the following discovery plan:

Discovery will be needed on the following subjects: Plaintiff's claims of age discrimination and gender discrimination; Defendant's defenses; and nature and extent of damages.

The parties jointly propose that all discovery be commenced in time to be completed by June 30, 2008.

The parties do not propose any modifications to the discovery requirements of the Federal Rules of Civil Procedure or Local Rules.

1

Plaintiff estimates eight (8) to ten (10) depositions will be necessary, however, once Rule 26(a)(1) Disclosures have been exchanged, counsel for Plaintiff will be in a position to be more definitive.  Defendant presently estimates taking no more than three (3) depositions.

The parties do not anticipate the use of experts at this time subject to issues found during discovery and/or following Rule 26(a)(1)(A) Disclosures.  Should the parties determine otherwise, Plaintiff's experts will be disclosed by April 30, 2008, and Defendant's experts will be disclosed by May 30, 2008

Supplementation required under Rule 26(e) will be in accordance with that Rule.

4. **Other Items.**

The parties do not request a conference with the court before entry of the scheduling order.

The parties request a pretrial conference sixty (60) days after the Court rules on dispositive motions.

The parties should be allowed until April 15, 2008 to join additional parties and to amend the pleadings.

All potentially dispositive motions should be filed by: July 30, 2008, or thirty (30) days after the close of discovery, or as the Court may otherwise order.

Final Pretrial Order:  Plaintiff will submit to Defendant a proposed draft thirty (30) days after a ruling on any dispositive motion; parties to file joint final pretrial order within forty-five (45) days of a ruling on any dispositive motion.

The case should be ready for jury trial by: To Be Determined and at this time is expected to take approximately three (3) to four (4) days.

5. **Other Matters:**

Settlement: The parties will explore the possibilities of settlement.

The parties **DO NOT** consent unanimously to proceed before a Magistrate Judge.

Dated: February 22, 2008

| | |
|---|---|
| s/ Lisa Kane | s/ Brian D. McCarthy (by consent) |
| LISA KANE | BRIAN D. MC CARTHY |
| LISA KANE & ASSOCIATES, P.C. | FRANCZEK SULLIVAN, P.C. |
| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANT |
| 120 SOUTH LA SALLE STREET | 300 SOUTH WACKER DRIVE |
| SUITE 1420 | SUITE 3400 |
| CHICAGO, ILLINOIS 60603 | CHICAGO, ILLINOIS 60606 |
| (312) 606-0383 | (312) 986-0300 |
| ATTORNEY CODE NO. 06203093 | ARDC NO. 6237641 |