**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08 CV 132 |
| MARK HALVERSON, Plaintiff | Judge James B. Zagel, Magistrate Judge Maria Valdez |

V.

TARGET CORPORATION, d/b/a TARGET STORES, Defendant

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

TARGET CORPORATION, d/b/a TARGET STORES, Defendant

| |
|---|
| NAME (Type or print)<br>David P. Radelet |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/David P. Radelet |
| FIRM   FRANCZEK SULLIVAN P.C. |
| 300 South Wacker Drive, Suite 3400 |
| CITY/STATE/ZIP   Chicago, IL 60606 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 06181286   TELEPHONE NUMBER   312/986-0300 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") Y |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") Y |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") Y |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") Y |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.<br><br> RETAINED COUNSEL             APPOINTED COUNSEL |

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby states that he caused a copy of the foregoing **DEFENDANT'S APPEARANCE** has been filed with the Clerk of the Court using the CM/ECF system, and therefore automatically served on all counsel who have appeared herein, this 15th day of July, 2008.

                          Lisa Kane
                          Lisa Kane & Associates, P.C.
                          120 South LaSalle Street
                          Suite 1420
                          Chicago, IL  60603


                          /s/ David P. Radelet
                          David P. Radelet - 06181286
                          dpr@franczek.com
                          FRANCZEK SULLIVAN P.C.
                          300 South Wacker Drive, Suite 3400
                          Chicago, Illinois  60606-6783
                          (312) 986-0300