IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARK HALVERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 08 CV 132 |
| v. | ) | |
| | ) | Judge James B. Zagel |
| TARGET CORPORATION, d/b/a | ) | Magistrate Judge Maria Valdez |
| TARGET STORES, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF MOTION

To:   Lisa Kane
      Lisa Kane & Associates, P.C.
      120 South LaSalle Street
      Suite 1420
      Chicago, IL 60603

   PLEASE TAKE NOTICE THAT on Thursday, July 17, 2008 at 10:15 a.m. we shall appear before the Honorable Judge James B. Zagel, Courtroom 2503, 219 South Dearborn Street, Chicago, Illinois and present **DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO SUBSTITUTE COUNSEL AND FOR EXTENSION OF TIME TO FILE ITS MOTION FOR SUMMARY JUDGMENT**, a copy of which is attached hereto and hereby served upon you.

                                        Respectfully submitted,

                                        TARGET CORPORATION

                                   By:  s/William R. Pokorny
                                        One of Its Attorneys

David P. Radelet, 06181286
William R. Pokorny, 06275705
FRANCZEK SULLIVAN, P.C.
300 South Wacker Drive, Suite 3400
Chicago, Illinois 60606
(312) 986-0300
Dated: July 15, 2008

381391.1

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby states that he caused a copy of the foregoing **DEFENDANT'S NOTICE OF MOTION and UNOPPOSED MOTION FOR LEAVE TO SUBSTITUTE COUNSEL AND FOR EXTENSION OF TIME TO FILE ITS MOTION FOR SUMMARY JUDGMENT** has been filed with the Clerk of the Court using the CM/ECF system, and therefore automatically served on all counsel who have appeared herein, this 15th day of July, 2008.

> Lisa Kane
> Lisa Kane & Associates, P.C.
> 120 South LaSalle Street
> Suite 1420
> Chicago, IL  60603

> /s/ William R. Pokorny
> William R. Pokorny - 06275705
> wrp@franczek.com
> FRANCZEK SULLIVAN P.C.
> 300 South Wacker Drive, Suite 3400
> Chicago, Illinois  60606-6783
> (312) 986-0300

381391.1