IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARK HALVERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 08 CV 132 |
| v. ) | |
| ) | Judge James B. Zagel |
| TARGET CORPORATION, d/b/a ) | Magistrate Judge Maria Valdez |
| TARGET STORES, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO SUBSTITUTE COUNSEL AND FOR EXTENSION OF TIME TO FILE ITS MOTION FOR SUMMARY JUDGMENT**

Defendant Target Corporation respectfully requests leave to substitute the appearances of David P. Radelet and William R. Pokorny of Franczek Sullivan P.C., for that of Brian D. McCarthy of the same firm, as its attorneys of record in this matter, and for an extension of time, to and including August 29, 2008, to file its Motion for Summary Judgment. In support of its Motion, Defendant states the following:

1. Brian D. McCarthy of Franczek Sullivan P.C. previously appeared for Target in this matter as lead and trial counsel.

2. Due to Mr. McCarthy's departure from Franczek Sullivan P.C., Defendant seeks leave to withdraw Mr. McCarthy's appearance as its counsel, and to substitute the appearances of David P. Radelet and William R. Pokorny, also of Franczek Sullivan P.C., as its attorneys of record.

3. Mr. Radelet is admitted to this Court's general and trial bar, Mr. Pokorny is admitted to this Court's general bar, and both are in good standing. Mr. Radelet will serve as Defendant's lead and trial counsel in this matter.

4. Mr. Radelet and Mr. Pokorny have filed their appearances concurrently with this Motion.

381177.1

5.  To date, the Court has not entered any scheduling order in this matter.

6.  On February 22, 2008, the Parties submitted their report of their Fed. R. Civ. P. 26(f) planning meeting (Docket No. 13), stating that the parties had agreed that potentially dispositive motions should be filed by July 30, 2008, 30 days after the close of discovery, or as the Court may otherwise order.

7.  Discovery is now complete. However, due to the substitution of counsel, Defendant's counsel are in need of additional time to prepare Defendant's Motion for Summary Judgment.

8.  The Court has not previously granted any extension of discovery or of the date for filing dispositive motions in this case. The requested extension is not sought for any improper purpose, and will not result in any undue prejudice to the Plaintiff.

9.  Plaintiff's attorney has advised Defendant's counsel that Plaintiff does not object to this motion.

WHEREFORE, Defendant Target Corporation respectfully requests leave to substitute the appearances of David P. Radelet and William R. Pokorny of Franczek Sullivan P.C. for that of Brian D. McCarthy of the same firm, and for an extension of time, to and including August 29, 2008, to file its Motion for Summary Judgment in this matter.

**Dated:** July 15, 2008

                                        **TARGET CORPORATION,**

                                        By:  s/ William R. Pokorny
                                              William R. Pokorny (06275705)

David P. Radelet - 06181286
William R. Pokorny - 06275705
Franczek Sullivan P.C.
300 South Wacker Drive, Suite 3400
Chicago, Illinois 60606
(312) 986-0300

2

381177.1

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby states that he caused a copy of the foregoing **DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO SUBSTITUTE COUNSEL AND EXTENSION OF TIME TO FILE ITS MOTION FOR SUMMARY JUDGMENT** has been filed with the Clerk of the Court using the CM/ECF system, and therefore automatically served on all counsel who have appeared herein, this 15th day of July, 2008.

> Lisa Kane
> Lisa Kane & Associates, P.C.
> 120 South LaSalle Street
> Suite 1420
> Chicago, IL  60603

> /s/ William R. Pokorny
> William R. Pokorny -06275705
> wrp@franczek.com
> FRANCZEK SULLIVAN P.C.
> 300 South Wacker Drive, Suite 3400
> Chicago, Illinois  60606-6783
> (312) 986-0300

381177.1