**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case No.: 08 cv 00132 |
| Mark Halverson, | Judge James B. Zagel |
| Plaintiff, | |
| | Magistrate Judge Maria Valdez |
| vs. | |
| Target Corporation d/b/a Target Stores, | |
| Defendant. | |

AN ADDITIONAL APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**TARGET CORPORATION**

| |
|---|
| NAME(Type or Print)<br><br>Katie L. Belpedio |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/Katie L. Belpedio |
| FIRM<br>Franczek Sullivan P.C. |
| STREET ADDRESS<br>300 South Wacker Drive, Suite 3400 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60606 |

| | |
|---|---|
| ID NUMBER (See Item 3 in Instructions)<br>06285731 | TELEPHONE NUMBER<br>Phone: (312) 786-6180 Fax: (312) 986-9192 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE   YES ☐   NO ☒ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE   YES ☐   NO ☒ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☐   NO ☒ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?<br>YES ☐      NO ☒ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS:<br><br>RETAINED COUNSEL  ☐      APPOINTED COUNSEL  ☐ | |

381642.1