**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **MARK HALVERSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **NO. 08 C 132** |
| | ) | |
| **TARGET CORPORATION, d/b/a TARGET STORES,** | ) | **Hon. James B. Zagel** |
| | ) | **Judge Presiding** |
| | ) | **Magistrate Judge Valdez** |
| **Defendant.** | ) | |

**STIPULATION TO DISMISS WITH PREJUDICE**

IT IS HEREBY stipulated by and between the Plaintiff, MARK HALVERSON, by his attorney, LISA KANE of LISA KANE & ASSOCIATES, P.C., and Defendant, TARGET CORPORATION, by its attorney, DAVID P. RADELET of FRANCZEK SULLIVAN, P.C., that this case be dismissed with prejudice pursuant to Rule 41(a)(1), all parties to bear their own costs and fees.

Dated: August 18, 2008

MARK HALVERSON,                                    TARGET CORPORATION,


By /s/ Lisa Kane                                   By /s/ David P. Radelet  (by consent)
LISA KANE                                             DAVID P. RADELET
LISA KANE & ASSOCIATES, P.C.                          FRANCZEK SULLIVAN, P.C.
Attorney for Plaintiffs                               Attorney for Defendant
120 South LaSalle Street                              300 South Wacker Drive
Suite 1420                                            Chicago, Illinois 60606
Chicago, Illinois 60603                               (312) 986-0300
(312) 606-0383                                        ATTORNEY CODE NO 06181286
ATTORNEY CODE NO. 06203093